UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW L. FERBER,<br><br>                           Plaintiff,<br><br>      v.<br><br>RUSSIAN SAMOVAR, INC., a New York corporation, d/b/a RUSSIAN SAMOVAR, and ALVIN NEDERLANDER ASSOCIATES, INC., a Delaware corporation,<br><br>                           Defendants. | 25-CV-9033 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

      This case has been assigned to me for all purposes. It is hereby:

      ORDERED that, within thirty (30) days of service of the summons and complaint, the parties must meet and confer for at least one hour in a good-faith attempt to settle this action. To the extent the parties are unable to settle the case themselves, they must also discuss whether further settlement discussions through the district's court-annexed mediation program or before a magistrate judge would be productive at this time.

      IT IS FURTHER ORDERED that within fifteen (15) additional days (i.e., within forty-five (45) days of service of the summons and complaint), the parties must submit a joint letter requesting that the Court either (1) refer the case to mediation or a magistrate judge (and indicate a preference between the two options), or (2) schedule an initial status conference in the matter.

SO ORDERED.

Dated:    November 3, 2025
             New York, New York

                                                    Ronnie Abrams
                                                    United States District Judge